```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 05 B 33205
  SUSAN MILLER MITCHELL
                                          CHAPTER 13

                                          JUDGE: SUSAN PIERSON SONDERBY

          Debtor
    SSN XXX-XX-0995


--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
      The case was filed on 08/22/2005 and was confirmed 11/17/2005.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

      The case was dismissed after confirmation 03/20/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                            PAID           PAID
--------------------------------------------------------------------------------
AT & T WIRELESS            UNSEC W/INTER NOT FILED            .00            .00
PALISADES COLLECTION LLC   NOTICE ONLY   NOT FILED            .00            .00
AT&T CINGULAR WIRELESS     UNSEC W/INTER     998.74         93.16         120.31
OXFORD MANAGEMENT SERV     NOTICE ONLY   NOT FILED            .00            .00
ASPIRE                     UNSEC W/INTER     499.08         53.28          60.01
CB USA INC                 UNSEC W/INTER NOT FILED            .00            .00
CITY OF CHICAGO PARKING    UNSEC W/INTER    3135.00        344.54         410.64
DIRECT MERCHANTS BANK      UNSEC W/INTER NOT FILED            .00            .00
FIRST NATIONAL BANK OF M   UNSEC W/INTER NOT FILED            .00            .00
ARROW FINANCIAL SERVICES   UNSEC W/INTER     485.88         51.86          58.43
GINNYS                     UNSEC W/INTER NOT FILED            .00            .00
MCI COMMUNICATIONS         UNSEC W/INTER NOT FILED            .00            .00
RISK MANAGEMENT ALTERNAT   NOTICE ONLY   NOT FILED            .00            .00
SEVENTH AVENUE             UNSEC W/INTER NOT FILED            .00            .00
TCF NATIONAL BANK          UNSEC W/INTER NOT FILED            .00            .00
PROFESSIONAL ACCOUNT MGM   NOTICE ONLY   NOT FILED            .00            .00
VERIZON WIRELESS           UNSEC W/INTER NOT FILED            .00            .00
NCO INOVMED                NOTICE ONLY   NOT FILED            .00            .00
VERIZON WIRELESS           UNSEC W/INTER NOT FILED            .00            .00
NCO FINANCIAL SYSTEMS      NOTICE ONLY   NOT FILED            .00            .00
VERIZON WIRELESS           UNSEC W/INTER NOT FILED            .00            .00
NCO MEDCLR                 NOTICE ONLY   NOT FILED            .00            .00
CAVALRY PORTFOLIO SERVIC   UNSEC W/INTER    1342.00        147.45         175.81
THEODORE MILLER            UNSEC W/INTER NOT FILED            .00            .00
ECAST SETTLEMENT CORP      UNSEC W/INTER     342.47         35.19          37.67
ASSET ACCEPTANCE CORP      UNSEC W/INTER    2152.27        236.51         281.90
ROBERT J SEMRAD & ASSOC    REIMBURSEMENT     205.20           .00         205.20
ASSET ACCEPTANCE CORP      UNSEC W/INTER     625.35         58.25          75.31
ROBERT J SEMRAD & ASSOC    DEBTOR ATTY     2,800.00                     1,906.61
TOM VAUGHN                 TRUSTEE                                        267.87
DEBTOR REFUND              REFUND                                            .00


                     PAGE  1 - CONTINUED ON NEXT PAGE
            CASE NO. 05 B 33205 SUSAN MILLER MITCHELL
```

```
     Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                         RECEIPTS            DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                  4,620.00

PRIORITY                                          205.20
SECURED                                               .00
UNSECURED                                       1,220.08
    INTEREST                                    1,020.24
ADMINISTRATIVE                                  1,906.61
TRUSTEE COMPENSATION                              267.87
DEBTOR REFUND                                         .00
                       ---------------      ---------------
TOTALS                   4,620.00               4,620.00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
     Dated: 05/26/08                _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE




                              PAGE   2
          CASE NO. 05 B 33205 SUSAN MILLER MITCHELL